# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:20-cr-00217-JCC-9 |
| | ) | |
| TRACY HAWKINS | ) | |

## SENTENCING MEMORANDUM

Ms. TRACY HAWKINS, pursuant to Fed. R. Crim P. 32, and in anticipation of his sentencing hearing set for September 21, 2023, respectfully references the previously submitted letters in support (ECF No. 670-671) for the Court's review and reserves the remainder of her argument for the forthcoming Sentencing Hearing.

Date:   September 15, 2023

    Respectfully submitted,

*s/ Serguel Akiti, Esq.*
Serguel Akiti, Esq.
DC. Bar # 1631134
sakiti@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
O 302.401.9271
http://www.lowtherwalker.com

Attorney for Defendant
Tracy Hawkins

## CERTIFICATE OF SERVICE

I certify that on September 15, 2023, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the United States District Court for the Western District of Washington by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by way of electronic mail.

Date:        September 15, 2023

                                          Respectfully submitted,

                                          ***s/ Serguel Akiti, Esq.***
                                          Serguel Akiti, Esq.
                                          DC. Bar # 1631134
                                          sakiti@lowtherwalker.com

                                          Lowther | Walker LLC
                                          101 Marietta St., NW, Ste. 3325
                                          Atlanta, GA 30303
                                          O 302.401.9271
                                          http://www.lowtherwalker.com

                                          Attorney for Defendant
                                          Tracy Hawkins